FILE

2017 JUN 20 PM 3:0

United States District Court
Middle District of Florida
Jacksonville Division

UNITED STATES CORPORATION

VS

Devon Wahid Ahad Moring El

3:17-cv-713-J-34JBT

Denial of Corporate Existence

Devon Wahid Ahad Moring El
Devon Wahid Ahad Moring El
37 Moring LN
Folkston, Ga 31537

## Denial of Corporate Existence

Me, Myself I/Eye Devon Wahid Ahad Moring El a free living earthly divine human-Being within blood, bones in North West Amexem flesh as a breathing Moorish American Man. Who is aboriginal of this land North west Amexem. Declares that as I am/Eye am proclaiming to be heir of the so-called Creek Indians, and so-called Cherokee Indians at which who was almost all murdered off, known to be originally Moorish Americans. To the best of my knowledge being the grandson of the enslaved families, Morings, Jordan's, Smith's, Newton's, Harveys families, etc. Within the Southeast Coast of Southeast Georgia, Northeast Florida land mass is the descendent of these falsely incorporated families of being colonized against my ancestors allegiance of our Treaty of Peace and Friendship in 1786 June 23.

The purpose of this to be governized document is to establish the fact that I/Eye Devon Wahid Ahad Moring El am not an corporation, US citizen, so-called 14th Amendment citizen, fictitious entity of any kind, cestui que trust, etc. a. At which entity names may consist of letters of the Roman alphabet, Arabic numerals, and certain symbols capable of being reproduced on a standard English language typewriter, or combination thereof. Only upper case or capital letters, with no distinction as a

as a type free or font, will be recognized.
Texas Administrative Code $ 79.31 Corporations -
Characters of Print Acceptable in Names
and any evidence of any such entity is
hearsay ~~and a~~ and a
fraud, "An allegation that a corporation it
is incorporated shall be taken as true, unless
denied by the affidavit of the adverse
party, his agent or attorney whether such
corporation is public or private corporation
and however created." Texas Civil Rule of
Civil Procedure, Rule 52 "An ~~~~ failure
of any adverse party to deny under oath
allegation that party is a corporation dispenses
with necessity of proof of that fact."
Galleria Bank v. Southwest Properties, Inc.
(cv. App 1973) 498 S.W. 2d5
When the complaint is lodged by the
Government for a fine, fee or a tax,
all of which are revenue, they use
imposed only on Corporations. Colonized
Pipeline Co. v Triagle 421 US. 160 (1975).
If Respondant is not a Corporation he
or she cannot ~~and~~ appear and plead.
The U.S. Congress has made it a felony
for anyone to be a U.S citizen when
they know they are not.
"~~Whoso~~ Whosoever falsely and willfully represents
himself to be a citizen of the United States
shall be fined under this title or imprisoned
not more than three years, or both" 18 USC
$ 911.

"I/Eye am not a person far as a statue is concerned because of a "person" is a "a variety of entities other than human beings.

Devon Wahid Ahad Moring El father of Hezekiah Thomas Moring/Hezekiah Thomas Moring Eye'm/Am from the womb of my earthly mother Angela deloris Moring, earthly father Benearl Smith, at which who was also falsely enslaved in blood, bones in Moorish American flesh. Is not the DEBTOR DEVON DEMORRIS MORING, Eye/al devon Wahid Ahad Moring El father of Hezekiah Thomas Moring also too is not any fictitious entities outside of natural earthly divine living (any sort of persons outside of propria persona. Eye/al devon Wahid Ahad Moring El father of Hezekiah Thomas Moring is the lifeful souled prior sure holder of all the assets that has been held from my submission to my free living on the land sovereign earthly divine will in convenant with the Supreme Universal Creator Allah Allah/Allaw my Grantor over all grantors on earth to their oneself, on earth according to his Divine, Created Will the Creator of All Blissful/Divine Nations. Birthed to remain the current beneficiary inheritor of my inheritance on the landing territory of my families the Jordans, Morings, Harveys, Smith's, Newtons, etc of the Counties Charlton County, Ga;, Nassau County, Fla;, Bacon County, Ga;,

Coffee County, Ga; & And being the Father/
Sure Prior Holder of Hezekiah Thomas Mossing
at which is fictitiously used as a ward of
the Corporation Florida State, in all caps, and
As al/Eye alewon Wahid Ahad Moring El
is the sure prior holder of all other assets
that was fictitionglly used on the global
stockmarket for fraudulent reasons in
fraudulent use to cover an CORPORATION
debt at which al/Eye alewon Wahid
Ahad Moring El didn't not consciously
signed up for me, myself, I/Eye or for
my son consciously for my son Hezekiah
Thomas, Moring. Known to be fictitiously
involved the 1933 Bankrupt Act without
my allegiance. Which was sanctioned by
Pre. Theodore Eleanor Roosevelt by the
UNITED STATE CORPORATION that
was establish in 1871, an act to fictitiously
we free Sovereign Citizens, Free National
Moors and their descendants through slaveful
CAPITALIZATION for an debt caused
by the UNITE STATES CITIZENS
The undersignee Me, Eye/I, myself also
known as alewon Wahidhhad Moring El
of Northwest Amexem Indigenous/Aboriginal
Status, and Judicial Power Citizen Rite of
Blood, do herewith reclaim, affying and
verbal stating, al/Eye issue this Corporate
Denial Affidavit with concernful due long
await reply to who Eye/I. alewon Wahid
Ahad Moring El competent of this factual

written affidavit is true, and also should
state on the record in a lawful court, that
the facts of my birthrights is in living
existence as me being the living witness/victim
of unlawful/unriteful denationalization enforced
mentally on my ancestors at which is the aboriginal
Earthly Divine Grantors of the landing territory
of my continent North West Amexem aerospace,
the top ground, and what is below the territoral
grounds. At which has been deprived from my
son Hezekiah Thomas Moning and me, myself, I/
Eye Devon Wahid Ahad Moning El the syre prior
holder of our lives. At which has violated our
natural Earthly Divine Rites/Rights under
the color of law in violation of accused
being fictitious at which is in the USC § 212
quote. The United Nations Universal Declaration
of Human Rights states. in Article 15 Sect 1
Everyone has the right to a nationality. Within
the United Nations Declaration of the Rights
of the Child states. Principle 3 The child
shall be entitled from his birth to a name
and a nationality. . . . . . Undersigned by Me,
Myself, I / Eye alevon Wahid Ahad Moning El,
one of the Natural Inhabitants of South Eastern
Coast of Northwest Amexem, I/Eye alevon Wahid
Ahad Moning El is not an corperation, and my
son Hezekiah Thomas Moning is not an corporation
either or any fictition of an type, etc. Me, myself,
I/Eye alevon Wahid Ahad Moning El and my son
Hezekiah Thomas Moning of Moorish Amexem bones, blood
in Moorish descent of North West Amexem is not, Indian
or any other slave titles labeled in the South

Carolina Negro Law or any sort of slave laws.

Signed and sealed in red ink on the land of Florida / Georgia, under penalites with perjury, (28 USC § 1746 (1) under the laws of the United States of America and without the United States,

It has been said and done. Signed and sealed this 19 day of June in the year Moorish year 1437 / 2017 AD

Lavon Wahid Ahad Moning El father of Hezekiah Thomas Moning, Sovereign Earthly Divine living Free Soul, Holder, of the Moning, Jordan, Smith, Harvey, Newton families in Southeast coast of North West Amexem as the inhabitants of the land Northeast Florida Southeast Georgia. As I/Eye am the Judicial Power Nationalist by rite / right of Moorish Blood. With full responsibility for my actions under the laws of Allah stated in the Holy Quran.