Devon Wahid Ahad Mooring El
positioned in Propria Persona Moro/
in operation being measured in Mui
in the private capacity of Suri Juris
                    plaintiff,

vs                          Case No. 3:17-cv-713-J-34 JBT

United States Corporation
            defendant


Motion for Relief from Order of dismissing Case of Denial Corporate Citizenship/Claim of not being a 14th Amendment citizen. And making a statement.


                    Devon Wahid Ahad Mooring El
                    Devon Wahid Ahad Mooring El
                    37 Mooring LN
                    Folkston, Ga 31537
                    truelife3333@gmail.com

Motion for Relief from Order of Dismissing Case NO. 3:17-cv-713-J-34 JBT

Dear Judge Joel B. Toomey

aI devon Wahid Ahad Moorine/Mooring/Moorine El, Moorish/Moorish American Sovereign Subjector, aIs finalizing the claims of being criminalized since my birth of the 1988th year of falsely being subjected. Based on aI Eye devon Wahid Ahad Moorine/Mooring/Moorre El the Principle Secured Party Creditor over the unknowingly created Debtor devon demorais Moring /DEVON DEMORRAI/ D MORAL W.D. And also being Sure Prior Holder over all family members that are blood related to Me/als/themselves also too.

1. aI am stating an claiming of $9.6 trillion at which is 1/5 of $48 trillion owed to the the true free Moors of the Americas.

2. This settlements for to help keep confusion down. To keep peace amongst us spiritually. Based on the truth of me being directed by the Universal Creator Allah/Ulluah/Ulas at which who inspired for the 1786 Peace and Friendship Treaty of Marocco and The United States.

3. This Relief of being assigned by the Universal Creator Ulluah/Ah/1/18 The

(2)

Also an signification of what has been known too become has been granted. at eleven Wahid Ahad Moring/Mooring/Morens El is rested assured. That peace will remain between We the True aIndigneous People of the True Northwest Coast, Southwest Coast, NorthEast Coast, South East Coast housing the United State Corporational Territory.

4. The Charter of the United Nations in Articles States Chapter XI: a declaration Regarding Non-Self-Governing Territories Article 73

Members of the United Nations which have or assume responsibilities for the administration of territories whose peoples have not yet attained a full measure of self-government recognize the principle that the interests of the inhabitants of these territories are paramount, and accept as a sacred trust the obligation to promote to the utmost, within the system of international peace and security established by the present Charter, the well-being of the inhabitants of these territories, and, ~~their protection against~~ to this end:

a. to ensure, with due respect for the culture of the peoples concerned, their political, economic, social, and educational advancement, their just treatment, and their protection against abuses;

1:37 pm    Aug 27, 2018

b. to develop self-government, to take due account of the political aspirations of the peoples, and to assist them in the progressive development of their free political institutions, according to the particular circumstances of each territory and its peoples and their varying stages of advancement;

c. to further international peace and security;

d. to promote constructive measures of development, to encourage research, and to co-operate with one another and, when and where appropriate, with specialized international bodies with a view to the practical achievement of the social, economic, and specific purposes set forth in this Article; and

e. to transmit regularly to the Secretary-General for information purposes, subject to such limitation as security and constitutional considerations may require, statistical and other information of a technical nature relating to economic, social, and educational conditions in the territories for which they are respectively responsible other than those territories to which Chapters XII and XIII apply.

Article 74.
Members of the United Nations also agree

1:37pm.  Aug 27, 2018

that their policy in respect of the territories to which this Chapter applies, no less than in respect of their metropolitan areas, must be based on the general principle of good neighbourliness, due account being taken of the interests and well-being of the rest of the world, in social, economic, and commercial matters.

5. al aleuon Wahid Ahad Mearing/Moreno/Moring El positioned in propria persona in Operation being mentored in the private capacity of Surisfuris is making an appointment for a scheduled hearing on Thursday 30th of August 2018. Between the hours of 8am-4pm. My email address is truelife3333@gmail.com. My mailing address is still #37 Mering LN Folkston, Ga 31537. But al am located here in Jacksonville Fl still houseless on the Providence of Florida. al will be mobilizing here in Jacksonville, Fl.

6. So basically al am making an correction of being due to the fact. That was not my childhood home address due to me being here in Jacksonville Fl. due to being houseless. At which was created from a backinjury based on occupy at Market Street Fire UC located at 12th St and Market Street ranned by Corey Holter who didn't own up to his agreement of our contract.

Aug 27, 2018